UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EAST BAY LAW, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C10-1520 BZ |
| | ) | |
| v. | ) | **CONDITIONAL ORDER** |
| | ) | **OF DISMISSAL** |
| NEOPOST USA INC.; aka HASLER INC., aka NEOPOST/HASLER INC., DOES 1-50, inclusive, | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **45 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: July 28, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\east bay law cond dismissal.wpd

1